IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMMITT L. GRANGER, JR.,                        06-CV-101-AS

       Petitioner,                         ORDER

v.

CHARLES DANIELS, WARDEN,

       Respondent.


**CRAIG J. GABRIEL**
Ransom Blackman, LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, OR 97204
(503) 228-0487

       Attorneys for Petitioner

**KARIN J. IMMERGUT**
United States Attorney
**SCOTT ERIK ASPHAUG**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1008

1 - ORDER

**THERESA TOLENTINO TALPLACIDO**
United States Department of Justice
Federal Bureau of Prisons
P.O. Box 13901
Seattle, WA 98198
(206) 870-1062

    Attorneys for Respondent

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#17) on May 24, 2006, in which he recommended this Court deny Petitioner Granger's Petition For Writ of Habeas Corpus (#1) and dismiss the proceeding. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#17). Accordingly, the Court **DENIES** Petitioner

2 - ORDER

Granger's Petition For Writ of Habeas Corpus (#1) and **DISMISSES** this proceeding.

    IT IS SO ORDERED.

    DATED this 15th day of June, 2006.

                  /s/ Anna J. Brown

                  _____
                  ANNA J. BROWN
                  United States District Judge

3 - ORDER